# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:

REAPPOINTMENTS TO THE CRIMINAL
PROCEDURAL RULES COMMITTEE

: No. 491
:
: CRIMINAL PROCEDURAL RULES
:
:
:

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 18th day of July, 2017, the Honorable Blaise P. Larotonda, Allegheny County, and Michael J. Machen, Esquire, Allegheny County, are hereby reappointed as members of the Criminal Procedural Rules Committee for a term of three years, commencing October 1, 2017.